**Dismissed and Opinion Filed February 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01179-CV

### PATRICIA A. SKIPWORTH AND JOHNNY SKIPWORTH, Appellants
### V.
### MARY LOU KASTEN AND ROBERT DIX, Appellees

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 93950-CC**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Stoddart
Opinion by Justice Francis

Appellants' brief in this case is overdue. By postcard dated January 12, 2018, we notified appellants the time for filing their brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

171179F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PATRICIA A. SKIPWORTH AND
JOHNNY SKIPWORTH, Appellants

No. 05-17-01179-CV      V.

MARY LOU KASTEN AND ROBERT
DIX, Appellees

On Appeal from the County Court At Law
No. 1, Kaufman County, Texas
Trial Court Cause No. 93950-CC.
Opinion delivered by Justice Francis.
Justices Brown and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees MARY LOU KASTEN AND ROBERT DIX recover their costs of this appeal from appellants PATRICIA A. SKIPWORTH AND JOHNNY SKIPWORTH.

Judgment entered February 20, 2018.